UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALTER R. REID,

Petitioner,

v.

CHANCE ANDES, Warden,

Respondent.

Case No. 8:25-cv-02886-KK-PD

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, the Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections. Dkt. Nos. 1, 5, 6, 8, 11. Further, the Court has engaged in *de novo* review of those portions of the Report to which Petitioner has objected.

The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action without prejudice as impermissibly successive and for lack of jurisdiction.

DATED: October 15, 2025

HONORABLE KENLY KIYA KATO
United States District Judge