JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WALTER R. REID,
Petitioner,
v.
CHANCE ANDES, Warden,
Respondent.

Case No. 8:25-cv-02886-KK-PD

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: October 15, 2026

HONORABLE KENLY KIYA KATO
United States District Judge